The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YER YANG MOUA,

                      Plaintiff,

      v.

UNITED STATES OF AMERICA,

                   Defendant.

CASE NO.  2:22-cv-00985-JHC

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL
DEADLINES

Noted for Consideration:
May 3, 2023

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the remaining pretrial deadlines and trial date, which were originally set forth in the Court's November 4, 2022, Minute Order Setting Trial Date and Related Dates (Dkt. 10), as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | May 24, 2023 | June 23, 2023 |

Good cause exists for extending these specific deadlines. Although the parties have conducted extensive discovery to date, including collection of thousands of pages of medical records, additional time is needed to finalize expert reports and disclosures. Defendant's attorney

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00985-JHC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

will be out of the country and unavailable for the last two weeks of May. During this time, Defandant's counsel will not be able to access critical documents, including Plaintiff's medical records. Accordingly, Defendant needs additional time to finalize expert reports and prepare its expert disclosure. An extension of the expert disclosure deadline will not impact the discovery closure or trial deadlines as the parties do not believe the remaining dates need to be extended.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 3rd day of May, 2023.

NICHOLAS W. BROWN                     CMG LAW
United States Attorney


*s/ Whitney Passmore*                    *s/ Tyler Goldberg-Hoss*
WHITNEY PASSMORE, FL No. 91922    TYLER GOLDBERG-HOSS, WSBA No. 41653
Assistant United States Attorney         115 NE 100th Street, Suite 220
United States Attorney's Office           Seattle, WA 98125
700 Stewart Street, Suite 5220           Phone: 206-443-8600
Seattle, Washington 98101-1271          Fax: 206-443-6904
Phone:  206-553-7970                      Email: tyler@cmglaw.com
Fax:  206-553-4067
Email:  whitney.passmore@usdoj.gov    *Attorney for Plaintiff*


*Attorney for United States of America*

I certify that this memorandum contains 206 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00985-JHC] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

**ORDER**

2          It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial deadline

3    is as follows:

4

| **Deadline** | |
|---|---|
| Disclosure of expert testimony under  FRCP 26(a)(2) | June 23, 2023 |

5

6

7          DATED this 3rd day of May, 2023.

8

9

10    _____
     JOHN H. CHUN
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER                                    **UNITED STATES ATTORNEY**
FOR EXTENSION OF PRETRIAL DEADLINES                            700 Stewart Street, Suite 5220
[2:22-cv-00985-JHC] - 3                                        Seattle, Washington 98101-1271
                                                                       206-553-7970