The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YER YANG MOUA,<br><br>                     Plaintiff,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | CASE NO.  2:22-cv-00985-JHC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES<br><br>Noted for Consideration:<br>July 20, 2023 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the date for the close of discovery, which was originally set forth in the Court's November 4, 2022, Minute Order Setting Trial Date and Related Dates (Dkt. 10), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Discovery completed by | July 24, 2023 | August 22, 2023 |

Good cause exists for extending these specific deadlines. The parties have engaged in significant discovery but need additional time to complete expert witness depositions. Additionally, the parties are attempting to resolve the case during this period. Additional time will

STIPULATED MOTION AND ORDER  FOR
EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00985-JHC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

allow the parties to continue to engage in settlement discussions while also allowing for the remaining depositions to occur. This extension will not interfere with other pretrial deadlines.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 20th day of July, 2023.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | CMG LAW |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4073<br>Email:  whitney.passmore@usdoj.gov<br><br>*Attorney for United States of America* | *s/ Tyler Goldberg-Hoss*<br>TYLER GOLDBERG-HOSS, WSBA No. 41653<br>115 NE 100th Street, Suite 220<br>Seattle, WA 98125<br>Phone: 206-443-8600<br>Fax: 206-443-6904<br>Email: tyler@cmglaw.com<br><br>*Attorney for Plaintiff* |

I certify that this memorandum contains 158 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00985-JHC] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial deadlines are as follows:

| **Deadlines** | |
|---|---|
| Discovery completed by | August 22, 2023 |

DATED this __21st__ day of __July__, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF PRETRIAL DEADLINES
[2:22-cv-00985-JHC] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970