The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YER YANG MOUA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-00985-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>Noted for Consideration:<br>October 10, 2023 |

**JOINT STIPULATION**

The parties hereto, by and through their respective counsel of record, hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

//

//

STIPULATION MOTION AND ORDER OF DISMISSAL
[2:22-cv-00985-JHC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

DATED this 10th day of October, 2023.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | CMG LAW |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:    206-553-4073<br>Email: whitney.passmore@usdoj.gov | *s/ Tyler Goldberg-Hoss*<br>TYLER GOLDBERG-HOSS, WSBA No. 41653<br>115 NE 100th Street, Suite 220<br>Seattle, WA 98125<br>Phone: 206-443-8600<br>Fax:    206-443-6904<br>Email: tyler@cmglaw.com<br><br>*Attorney for Plaintiff* |
| *Attorneys for United States of America* | |

I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.

STIPULATION MOTION AND ORDER OF DISMISSAL
[2:22-cv-00985-JHC] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this   11th   day of   October   , 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATION MOTION AND ORDER OF DISMISSAL
[2:22-cv-00985-JHC] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970